IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HARLAN M. THOMPSON, DIANE C. THOMPSON,  MAPLE LEAF FUNDING, a "Pure" Trust;  CAPITOL ONE BANK, DISCOVER BANK,<br><br>        Defendants. | 8:13CV180<br><br>ORDER |

IT IS ORDERED:

1) The motion to strike to the Answer filed by Defendants Harlan M. Thompson and Diane C. Thompson to the extent it was purportedly filed on behalf of Defendant Maple Leaf Funding, a "Pure Trust" (Maple Leaf), (Filing No. 10), is granted.

2) Defendant Maple Leaf, a trust, cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).  On or before September 6, 2013, Defendant Maple Leaf shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

3) The plaintiff shall promptly mail a copy of this order to Defendant Maple Leaf, and file a certificate of service stating the date and the manner of service, and the trust representative and address of service.

 August 20, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge