## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CV180 |
| vs. | ORDER |
| HARLAN M. THOMPSON; DIANE C. THOMPSON; MAPLE LEAF FUNDING, A "PURE" TRUST; CAPITOL ONE BANK; and DISCOVER BANK, | |
| Defendants. | |

This matter is before the court before the plaintiff's Motion for Leave to File Amended Statement of Facts (Filing No. 84). The plaintiff seeks to amend the statement of undisputed material facts (Filing No. 66) it filed in support of its motions for partial summary judgment (Filing No. 64) and default judgment (Filing No. 65). The plaintiff states the amended facts correct a reference to the record evidence and remedy an incomplete statement with updated information received after the initial filing. The plaintiff's counsel states she attempted to confer with the defendants who did not respond. Under the circumstances, the court finds the plaintiff should be allowed to amend the statement of facts and that the defendants should have an opportunity to respond to the amended statements. Accordingly,

**IT IS ORDERED**:

1. The plaintiff's Motion for Leave to File Amended Statement of Facts (Filing No. 84) is granted. The plaintiff shall have until **December 2, 2014**, to file the Amended Statement of Facts.

2. The defendants shall have until **December 16, 2014**, to file a response, if any, to the Amended Statement of Facts.

Dated this 25th day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge