IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HARLAN M. THOMPSON, DIANE C. THOMPSON; MAPLE LEAF FUNDING, A "PURE" TRUST; CAPITOL ONE BANK; and DISCOVER BANK,<br><br>  Defendants. | 8:13CV180<br><br>ORDER |

This matter is before the court on the United States' Motion to Continue Trial Date and Remaining Pre-Trial Deadlines Pending Resolution of Summary Judgment Motion (Filing No. 90). The defendants Harlan C. Thompson and Diane C. Thompson filed a document stating they do not oppose the continuance (Filing No. 95). Accordingly,

**IT IS ORDERED:**

1. The United States' Motion to Continue Trial Date and Remaining Pre-Trial Deadlines Pending Resolution of Summary Judgment Motion (Filing No. 90) is granted.

2. The trial previously scheduled for January 20, 2015, is cancelled. The pretrial conference date and all other pretrial deadlines are vacated.

3. The parties shall have ten (10) days from the date the court rules on the pending motion for summary judgment (Filing No. 64), in which to schedule a telephone planning conference with the court, if necessary, to further progress the case. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

Dated this 10th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge