IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HARLAN M. THOMPSON, DIANE C. THOMPSON,<br><br>        Defendants. | 8:13CV180<br><br>ORDER |

    This matter is before the Court on the defendants' motion, Filing No. 118, to reconsider the Court's memorandum and order, Filing No. 116. The Court has carefully reviewed the matter and finds the defendants have raised the same issues previously raised before this Court. Accordingly, the Court, after reviewing the motion, finds the motion and arguments lack merit.

    THEREFORE, IT IS ORDERED THAT defendants' motion for reconsideration, Filing No. 118, is denied.

Dated this 8th day of June, 2015

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge