IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **8:13CV180** |
| | ) | |
| v. | ) | |
| | ) | |
| HARLAN M. THOMPSON; DIANE C., THOMPSON; MAPLE LEAF FUNDING, A, "PURE" TRUST; CAPITOL ONE BANK; and DISCOVER BANK, | ) ) ) ) | **JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES** |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation entered into between the United States and Harlan M. Thompson and Diane C. Thompson, Filing No. 76, and adopted by this Court, Filing No. 116, the Court hereby enters **JUDGMENT** against Harlan M. Thompson and Diane C. Thompson and in favor of the United States for the Thompsons' joint federal income tax liabilities for tax years 2002 and 2003. The Thompsons' joint federal income tax liability for tax year 2002 is $10.00, plus penalties and interest, totaling $21.19 as of April 1, 2015. The Thompsons' joint federal income tax liability for tax year 2003 is $2,212.00, plus penalties and interest, totaling $4,477.78 as of April 1, 2015.

Accordingly, a monetary judgment is entered in favor of the United States and against the Thompsons, consistent with the parties' stipulation, for $4,498.97 for the Thompsons' joint federal income tax liabilities for tax years 2002 and 2003, plus statutory additions as of April 1, 2015. Statutory additions will continue to accrue on this judgment until it is satisfied.

Dated this 8th day of June, 2015                    BY THE COURT:

  s/Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge